UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

GENERAL ELECTRIC CAPITAL CORPORATION, a Delaware corporation,

        Plaintiff,

        v.

DAVINA C. CARRIER, a citizen and resident of California,

        Defendant.

_____/

NO. CIV. 09-2379 WBS KJM

ORDER OF RECUSAL

----oo0oo----

Pursuant to 28 U.S.C. § 455(b)(4), the undersigned hereby recuses himself as the judge to whom this case is assigned because he has a financial interest in General Electric Corporation.

IT IS THEREFORE ORDERED that the Clerk of the Court reassign this case to another judge for all further proceedings, making appropriate adjustments in the assignments of civil cases to compensate for such reassignment.

1

      IT IS FURTHER ORDERED that any previous orders issued by the undersigned judge in this case are hereby VACATED and SET ASIDE, and any dates previously set by the undersigned judge in this case are hereby VACATED.

DATED:  August 31, 2009

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE