IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL ELECTRIC CAPITAL CORPORATION, a Delaware Corporation, | 2:09-cv-02379-GEB-KJM |
| Plaintiff, | <u>ORDER</u> |
| v. | |
| DAVINA C. CARRIER, | |
| Defendant. | |

Defendant filed a "Notice of Bankruptcy Filing," in which she states that she filed a "Voluntary Petition for Relief under Chapter 7 of the United States Bankruptcy Code" on March 31, 2010, in the United States Bankruptcy Court for the Eastern District of California. (ECF No. 16.) Therefore this action is stayed, and all remaining scheduled dates in this action are vacated. Once the stay is lifted, each party is required to file a Status Report notifying this court within five days of the date on which the stay is lifted.

Dated: November 8, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge